# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SHERRY J. HISER, | : | |
| Plaintiff, | : | |
| | | Case No. 3:14cv00055 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social | | |
| Security Administration, | : | **DECISION AND ENTRY** |
| Defendant. | : | |

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #8), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on August 13, 2014 (Doc. #8) is ADOPTED in full;

2. Plaintiff's Complaint is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b); and

3. The case is terminated on the docket of this Court.

September 16, 2014                                              *s/Thomas M. Rose

_____
Thomas M. Rose
United States District Judge